# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: May 7, 2013**

Official Caption[1]

2013-1337, -1388

METRIS U.S.A., INC., METRIS N.V.,
METRIS IPR N.V., and 3-D SCANNERS, LTD.,

　　　　　　　　　　　　　Plaintiffs-Cross Appellants,

v.

FARO TECHNOLOGIES, INC.,

　　　　　　　　　　　　　Defendant-Appellant.

Appeals from the United States District Court for the District of Massachusetts in case no. 08-CV-11187, Chief Judge Patti B. Saris.

Authorized Abbreviated Caption[2]

METRIS U.S.A., INC. V FARO TECHNOLOGIES, INC., 2013-1337, -1388

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.