NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METRIS U.S.A., INC., METRIS N.V., METRIS IPR N.V., AND 3-D SCANNERS, LTD.,**
*Plaintiffs-Cross Appellants,*

v.

**FARO TECHNOLOGIES, INC.,**
*Defendant-Appellant.*

---

2013-1337, -1388

---

Appeals from the United States District Court for the District of Massachusetts in No. 08-CV-11187, Chief Judge Patti B. Saris.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to stay proceedings in the appeal for 60 days pending settlement,

2          METRIS U.S.A., INC. V. FARO TECHNOLOGIES, INC.

IT IS ORDERED THAT:

(1) The motion is granted. All proceedings in this appeal are stayed for 60 days.

(2) If settlement is completed prior to the end of the stay period, the parties are directed to inform the court within 14 days of the date the settlement becomes final.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25